| United States Bankruptcy Court<br>Eastern District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mid-Mountain Machinery, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4045452** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7916 West Sunset Highway**<br>**Spokane, WA**<br>ZIP Code **99224** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Spokane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,    ■ Debts are primarily
defined in 11 U.S.C. § 101(8) as    business debts.
"incurred by an individual primarily for
a personal, family, or household purpose."

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Mid-Mountain Machinery, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____

      (Name of landlord that obtained judgment)

      _____

      (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mid-Mountain Machinery, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**X** _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** *Barry W. Davidson* (signature)
Signature of Attorney for Debtor(s)

  **Barry W. Davidson 07908**
Printed Name of Attorney for Debtor(s)

  **Davidson Backman Medeiros PLLC**
Firm Name

  **1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, WA 99201**

Address

  **(509) 624-4600  Fax: (509) 623-1660**
Telephone Number

  6/13/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** *Mark V. Blutcher* (signature)
Signature of Authorized Individual

  **Mark V. Blutcher**
Printed Name of Authorized Individual

  **President**
Title of Authorized Individual

_____
Date

In re   **Mid-Mountain Machinery, Inc.**                        Case No. _____

                                           Debtor(s)            Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

      I, **Mark V. Blutcher**, declare under penalty of perjury that I am the **President** of **Mid-Mountain Machinery, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **13th** day of June 2011.

      "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

      Be It Therefore Resolved, that **Mark V. Blutcher, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

      Be It Further Resolved, that **Mark V. Blutcher, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

      Be It Further Resolved, that **Mark V. Blutcher, President** of this Corporation is authorized and directed to employ **Barry W. Davidson**, attorney, and the law firm of **Davidson Backman Medeiros PLLC** to represent the corporation in such bankruptcy case."

Date   *6/13/11*                   Signed  *Mark V. Blutcher*

                                                         **Mark V. Blutcher**

Resolution of Board of Directors
of
**Mid-Mountain Machinery, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark V. Blutcher, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mark V. Blutcher, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark V. Blutcher, President** of this Corporation, is authorized and directed to employ **Barry W. Davidson**, attorney, and the law firm of **Davidson Backman Medeiros PLLC** to represent the corporation in such bankruptcy case.

Date ___6/13/11___                          Signed ___Mark V. Blutcher___

Date _____                    Signed _____

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Mid-Mountain Machinery, Inc.**        Case No. _____

                                Debtor(s)        Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ARA Insurance Services**<br>102 NW Parkway<br>Riverside, MO 64150 | **ARA Insurance Services**<br>102 NW Parkway<br>Riverside, MO 64150 | Trade debt | | 4,415.90 |
| **Burlington Installation**<br>P.O. Box 9102<br>Wichita, KS 67277-0102 | **Burlington Installation**<br>P.O. Box 9102<br>Wichita, KS 67277-0102 | Trade debt | | 9,836.75 |
| **Case Power & Equipment**<br>1751 Bell Avenue<br>Sacramento, CA 95838 | **Case Power & Equipment**<br>1751 Bell Avenue<br>Sacramento, CA 95838 | Trade debt | | 1,139.22 |
| **Coast Crane**<br>Dept. 33655<br>P.O. Box 39000<br>San Francisco, CA 94139 | **Coast Crane**<br>Dept. 33655<br>P.O. Box 39000<br>San Francisco, CA 94139 | Trade debt | | 4,853.42 |
| **Dex Media West, LLC**<br>P.O. Box 79167<br>Phoenix, AZ 85062-9167 | **Dex Media West, LLC**<br>P.O. Box 79167<br>Phoenix, AZ 85062-9167 | Services | | 1,112.75 |
| **Diamond Products**<br>P.O. Box 74454<br>Cleveland, OH 44194-4454 | **Diamond Products**<br>P.O. Box 74454<br>Cleveland, OH 44194-4454 | Trade debt | | 1,346.22 |
| **East Penn Manufacturing**<br>**Deka Batteries**<br>Box 4191, P.O. Box 8500<br>Philadelphia, PA 19178-4191 | **East Penn Manufacturing**<br>**Deka Batteries**<br>Box 4191, P.O. Box 8500<br>Philadelphia, PA 19178-4191 | Trade debt | | 981.71 |
| **Karcher North America**<br>Dept. CH 19231<br>Palatine, IL 60055-9231 | **Karcher North America**<br>Dept. CH 19231<br>Palatine, IL 60055-9231 | Trade debt | | 1,862.18 |
| **Minic Industries**<br>1179 Kapelus Drive<br>West St. Paul, MB | **Minic Industries**<br>1179 Kapelus Drive<br>West St. Paul, MB | Trade debt | | 19,759.20 |
| **Mobile Products, Inc.**<br>401 Capacity Drive<br>Longview, TX 75604 | **Mobile Products, Inc.**<br>401 Capacity Drive<br>Longview, TX 75604 | Trade debt | | 1,030.89 |
| **Northwest Hose & Fittings**<br>3615 E. Trent Avenue<br>Spokane, WA 99202 | **Northwest Hose & Fittings**<br>3615 E. Trent Avenue<br>Spokane, WA 99202 | Trade debt | | 2,617.92 |

**B4 (Official Form 4) (12/07) - Cont.**
In re   **Mid-Mountain Machinery, Inc.**                              Case No. 

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Paint Valley Equipment**<br>**10550 Township Road, #262**<br>**Millersburg, OH 44654** | **Paint Valley Equipment**<br>**10550 Township Road, #262**<br>**Millersburg, OH 44654** | Trade debt | | **1,059.97** |
| **Penske Truck Leasing Co.**<br>**P.O. Box 7429**<br>**Pasadena, CA 91109-7429** | **Penske Truck Leasing Co.**<br>**P.O. Box 7429**<br>**Pasadena, CA 91109-7429** | Trade debt | | **2,348.47** |
| **Portland Precision Instruments**<br>**6015 NE 80th Avenue South**<br>**Portland, OR 97218** | **Portland Precision Instruments**<br>**6015 NE 80th Avenue South**<br>**Portland, OR 97218** | Trade debt | | **1,471.99** |
| **PSM, LLC**<br>**21307 87th Avenue SE**<br>**Woodinville, WA 98072** | **PSM, LLC**<br>**21307 87th Avenue SE**<br>**Woodinville, WA 98072** | Trade debt | | **890.23** |
| **Solideal USA, Inc.**<br>**P.O. Box 60158**<br>**Charlotte, NC 28260** | **Solideal USA, Inc.**<br>**P.O. Box 60158**<br>**Charlotte, NC 28260** | Trade debt | | **6,500.12** |
| **St. John Hardware &**<br>**Implements**<br>**904 South Hayford Road**<br>**P.O. Box 1090**<br>**Airway Heights, WA 99001** | **St. John Hardware & Implements**<br>**904 South Hayford Road**<br>**P.O. Box 1090**<br>**Airway Heights, WA 99001** | Trade debt | | **1,119.01** |
| **Titan Tracks**<br>**P.O. Box 329**<br>**Vallejo, CA 94590** | **Titan Tracks**<br>**P.O. Box 329**<br>**Vallejo, CA 94590** | Trade debt | | **1,496.00** |
| **Trinity, a Div. of Bank of the West**<br>**P.O. Box 7167**<br>**Pasadena, CA 91100-9716** | **Trinity, a Div. of Bank of the West**<br>**P.O. Box 7167**<br>**Pasadena, CA 91100-9716** | Trade debt | | **2,361.54** |
| **Wengers of Myerstown**<br>**831 S. College Street**<br>**P.O. Box 409**<br>**Myerstown, PA 17067** | **Wengers of Myerstown**<br>**831 S. College Street**<br>**P.O. Box 409**<br>**Myerstown, PA 17067** | Trade debt | | **873.80** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Mid-Mountain Machinery, Inc.**            Case No.

                                       Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    6/13/2011          Signature    _Mark V. Blutcher_

                                                 **Mark V. Blutcher**
                                               **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of Washington

In re    **Mid-Mountain Machinery, Inc.**                      Case No. _____

                                            Debtor(s)           Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    _6/13/2011_             _/s/ Mark V. Blutcher_

                                       **Mark V. Blutcher/President**
                                       Signer/Title

Mid-Mountain Machinery, Inc.
7916 West Sunset Highway
Spokane, WA 99224


Barry W. Davidson
Davidson Backman Medeiros PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, WA 99201


395 Express Freight, LLC
534 Highway 20
Colville, WA 99114


A & I Products
1022 - 22nd Avenue
P.O. Box 8
Rock Valley, IA 51247


A to Z Rentals
1429 West 2nd Avenue
Spokane, WA 99201


A-L Compressed Gases
4230 East Trent Avenue
Spokane, WA 99202


Aervoe Industries, Inc.
1198 Mark Circle
P.O. Box 485
Gardnerville, NV 89410


Allstar Electric, Inc.
P.O. Box 2195
Hayden, ID 83835


ARA Insurance Services
102 NW Parkway
Riverside, MO 64150

Arrow Construction Supply
P.O. Box 11133
Spokane, WA 99211-1133


ASTEC Underground, Inc.
P.O. Box 934307
Atlanta, GA 31193


Atlantic International District
2905 Danese Street
Jacksonville, FL 32206


Attorney General's Office
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104


Banner Bank
802 West Riverside Avenue
Spokane, WA 99201


Blutcher, Mark V.
16845 South Spinel Court
Coeur D Alene, ID 83814


Bomag Americas, Inc.
2000 Kentville Road
Kewanee, IL 61443


Bradco McMillen
24120 Network Place
Chicago, IL 60673-1241


Brown Bearing Company
5425 East Trent Avenue
Spokane, WA 99212-1380

Burlington Installation
P.O. Box 9102
Wichita, KS 67277-0102


Case Power & Equipment
1751 Bell Avenue
Sacramento, CA 95838


Cd'A Metals
P.O. Box 2610
Spokane, WA 99220-2610


Central Machinery Sales
1201 East Yonezawa Blvd.
Moses Lake, WA 98837


Champion Industries
8844 Mount Holly Road
Charlotte, NC 28214


Champion LLC
8844 Mount Holly Road
Charlotte, NC 28214


Cintas
The Uniform People
918 North Fifth Avenue
Yakima, WA 98902-1412


Cintas
3808 North Sullivan Road
Spokane, WA 99216


Clyde West
P.O. Box 20577
Portland, OR 97294

CNH Capital America, LLC
P.O. Box 894703
Los Angeles, CA 90189


CNH Capital America, LLC
700 State Street
Racine, WI 53404


Coast Crane
Dept. 33655
P.O. Box 39000
San Francisco, CA 94139


Coastal Wear Products
1465 Slater Road
Ferndale, WA 98248


Compact Power Services
P.O. Box 60016
Charlotte, NC 28260-0961


Compact Power, Inc.
3326 Highway 51
P.O. Box 40
Fort Mill, SC 29715


Construction Tool Parts
2422 North Hayden Island
Portland, OR 97217


County Line Equipment Co.
8507 Pacific Highway East
Tacoma, WA 98422


Cummins Northwest, LLC
Unit 50
P.O. Box 4800
Portland, OR 97205-4800

David Lowell-Rerents
P.O. Box 7642
Spokane, WA 99207


Department of Licensing-Spokane
P.O. Box 2351
Spokane, WA 99210-2351


Derek Bleier
5306 South Myrtle Lane
Spokane, WA 99223


Dex Media West, LLC
P.O. Box 79167
Phoenix, AZ 85062-9167


Diamond Products
P.O. Box 74454
Cleveland, OH 44194-4454


East Penn Manufacturing
Deka Batteries
Box 4191, P.O. Box 8500
Philadelphia, PA 19178-4191


Emerald Recycling Service
7343 East Marginal South
Seattle, WA 98108


Empire Express Couriers
2611 Northwest Boulevard
Spokane, WA 99205


Equipment Data Associates
P.O. Box 2029
Tuscaloosa, AL 35403

Fasteners, Inc.
P.O. Box 3004
Spokane, WA 99220


GE Commercial Distribution
Finance Corporation
P.O. Box 31626
Saint Louis, MO 63131


General Electric Capital Corp.
10 Riverview Drive
Danbury, CT 06810


Grainger
Dept. 868449117
P.O. Box 419267
Kansas City, MO 64141-6267


Greater Bay Bank, N.A.
300 Tri-State International
Suite 400
Lincolnshire, IL 60069


Ground Heaters, Inc.
1271 Judson Road
Spring Lake, MI 49456


Hasler, Inc.
478 Wheelers Farms Road
Milford, CT 06460


HB Sealing Products
1016 North Belcher Road
Clearwater, FL 33765


Helton, Douglas
7808 East Woodview Drive
Spokane, WA 99212

HKX Inc.
1016 North Belcher Road
Clearwater, FL 33765


Husky International Truck
P.O. Box 58188
Seattle, WA 98138


Husqvarna Const. Prod.
P.O. Box 2771
Carol Stream, IL 60132


IBM Credit LLC
1 North Castle Drive
Armonk, NY 10504


IBM Credit, LLC
4111 Northside Parkway, NW
Atlanta, GA 30327-3015


IBS Incorporated
P.O. Box 1717
Auburn, WA 98071


Interstate Trailers, Inc.
1101 Heritage Parkway
Mansfield, TX 76063


JLG Industries, Inc.
14943 Collections Center Drive
Chicago, IL 60693


JLG Industries, Inc.
13224 Fountainhead Plaza
Hagerstown, MD 21742

Karcher North America
Dept. CH 19231
Palatine, IL 60055-9231


Key Equipment Finance, Inc.
600 Travis Street, Suite 1300
Houston, TX 77002


Les Schwab Tire Center
11003 W. Sunset Hwy
Airway Heights, WA 99001


Les Schwab Tire Centers of
Washington, Inc.
10312 E. Sprague Avenue
Spokane, WA 99206


Lowe Manufacturing Co., Inc.
18903 High Point Road
Warrens, WI 54666


MCOMM Group, Inc.
4541 North Prospect Road, Suite 100
Peoria Heights, IL 61616


Minic Industries
1179 Kapelus Drive
West St. Paul, MB


MMD Equipment
3 Hawk Court
Chicago, IL 60673-1237


Mobile Products, Inc.
401 Capacity Drive
Longview, TX 75604

Motion Auto Supply, Inc.
P.O. Box 2200
Spokane, WA 99210


Mr. Craig Miller, Esq.
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045


Multiquip, Inc.
23688 Network Place
Chicago, IL 60673


National Association of Credit
1710 N. Calispel
P.O. Box 2606
Spokane, WA 99220


Northwest Hose & Fittings
3615 E. Trent Avenue
Spokane, WA 99202


Northwest Radiator
4715 East Trent
Spokane, WA 99212


Oak Harbor Freight Lines
P.O. Box 1469
Auburn, WA 98071-1469


Okada America, Inc.
12950 SE Hwy 212, Bldg D
Clackamas, OR 97015


Oshkosh Truck Corporation
2307 Oregon Street
Oshkosh, WI 54902

Paint Valley Equipment
10550 Township Road, #262
Millersburg, OH 44654


Pape' Material Handling
P.O. Box 5077
Portland, OR 97208


Paychex
911 Panorama Trail S.
Rochester, NY 14624-0397


Penske Truck Leasing Co.
P.O. Box 7429
Pasadena, CA 91109-7429


Penske Truck Leasing Co., L.P.
Route 10, Green Hills
P.O. Box 563
Reading, PA 19603-0563


PFW Systems Corporation
850 Medway Park Court
London, ON  N6G 5C6


Points Sharp Steel
20727 80th Avenue South
Kent, WA 98032


Portland Precision Instruments
6015 NE 80th Avenue South
Portland, OR 97218


PSM, LLC
21307 87th Avenue SE
Woodinville, WA 98072

Rankin Equipment
P.O. Box 168
Yakima, WA 98907-0168


Rockmount Research & Allo.
Dept. 1796
Denver, CO 80291-1796


Schaefer Enterprises
4535 State Route 3 N
P.O. Box 136
Wolf Lake, IL 62998


Six Robblees Inc.
P.O. Box 3703
Seattle, WA 98124


SMI-Carr, Inc.
P.O. Box 3436
Abilene, TX 79604


Solideal USA, Inc.
P.O. Box 60158
Charlotte, NC 28260


Spokane House of Hose, Inc.
5520 E. Sprague Avenue
Spokane, WA 99212


St. John Hardware & Implements
904 South Hayford Road
P.O. Box 1090
Airway Heights, WA 99001


Stellar Industrial Supply
711 E. 11th Street
Tacoma, WA 98421

Superior Fluid Power, Inc.
9516 E. Montgomery #19
Spokane, WA 99206


Supermedia, LLC
Attn: Accounts Receivable
P.O. Box 619009
Dallas, TX 75261-9009


Sweepster Harley Attachments
24121 Network Place
Chicago, IL 60673


Takeuchi Manufacturing (U.S.) Ltd.
1525 Broadmoor Boulevard
Buford, GA 30518


Takeuchi Mfg. (U.S.), Ltd.
519 Bonnie Valentine Way
Pendergrass, GA 30567


The Oil Analysis Lab, Inc.
1514 East Sprague Avenue
P.O. Box 3928
Spokane, WA 99220-3928


Titan Tracks
P.O. Box 329
Vallejo, CA 94590


Trinity, a Div. of Bank of the West
P.O. Box 7167
Pasadena, CA 91100-9716


Trinity, a Div. of Bank of the West
475 Sansome Street
19th Floor
San Francisco, CA 94111

U.S. Securities and Exchange
Commission
901 Market Street, Suite 470
San Francisco, CA 94103


United Parcel Service
P.O. Box 894820
Los Angeles, CA 90189


United Rentals Northwest, Inc.
3132 Jacobs Avenue
Eureka, CA 95501


Utility Trench Technolgy
P.O. Box 1800
Veradale, WA 99037


Wacker Neuson Logistics Americas
N92 W15000 Anthony Avenue
Menomonee Falls, WI 53051


Waldon
201 West Oklahoma Avenue
Fairview, OK 73737


Washington Trust Bank, Trustee
Joel, Constance, and Joan Moore
P.O. Box 2127
Spokane, WA 99210


Weldco-Beales Mfg. Corp.
1850 Marine View Drive
Tacoma, WA 98422


Wells Fargo Equipment Finance
1540 West Fountainhead Parkway
Tempe, AZ 85282

Wengers of Myerstown
831 S. College Street
P.O. Box 409
Myerstown, PA 17067


Wheeler Industries, Inc.
1118 North Howe Road
Spokane, WA 99212-0917